[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 16, 2006
THOMAS K. KAHN
CLERK

No. 06-11656
Non-Argument Calendar

_____

D. C. Docket No. 05-00106-CR-ORL-31-JGG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS DEONTE BRITT,
a.k.a. Marcus D. Britt,
a.k.a. Marcus Britt,
a.k.a. Michael Cooper,
a.k.a. Cecil Green,
a.k.a. Marcus O. Britt,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(November 16, 2006)**

Before TJOFLAT, BLACK and HULL, Circuit Judges.

PER CURIAM:

Michael Donaldson, counsel for Marcus Deonte Britt in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Britt's convictions and sentences are **AFFIRMED**.